## Commonwealth *v.* Gonzales, Appellant.

Argued June 10, 1969. *Dennis Kelly,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.